■ In the Matter of the Claim of IVORY M. MCDONALD, Appellant. COMMISSIONER OF LABOR, Respondent. [12 NYS3d 358]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 24, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Substantial evidence supports the decision of the Unemployment Insurance Appeal Board which ruled that claimant lost her employment as a security officer due to disqualifying misconduct. The record establishes that claimant refused to patrol the six floors at the site where she was assigned because there was no elevator and she did not want to walk up the stairs. Although claimant indicated that she felt that her medical condition prevented her from climbing stairs, she failed to produce any medical documentation to support such contention. Given claimant's insubordinate conduct of refusing to perform her job duties, we find no reason to disturb the Board's finding that she engaged in disqualifying misconduct (*see Matter of Bull [Metropolitan Jewish Health Sys.—Commissioner of Labor]*, 116 AD3d 1325, 1325-1326 [2014]; *Matter of Box [Commissioner of Labor]*, 50 AD3d 1431, 1431-1432 [2008]; *Matter of Volmar [Commissioner of Labor]*, 24 AD3d 1155, 1156 [2005]).

Peters, P.J., McCarthy, Egan Jr. and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.